UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JAMES KEVIN DONALDSON,

    Plaintiff,                                                 Case No. 3:15-cv-104

vs.

MONTGOMERY COUNTY JAIL, *et al*.,      District Judge Walter H. Rice
                                                               Magistrate Judge Michael J. Newman

    Defendants.

---

**REPORT AND RECOMMENDATION[1] THAT: (1) PLAINTIFF'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL (DOC. 10) BE GRANTED; (2) OTHER PENDING MOTIONS (DOCS. 6, 9) BE TERMINATED AS MOOT; (3) PLAINTIFF'S COMPLAINT (DOC. 2) BE DISMISSED WITHOUT PREJUDICE; AND (4) THIS CASE BE TERMINATED ON THE COURT'S DOCKET**

---

This case is presently before the Court on Plaintiff's motion for voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(2). Doc. 10 at PageID 100. Defendants filed a response stating that they have no objection to Plaintiff's motion. Doc. 11 at PageID 101. Absent opposition by Defendants, and for good cause shown, the undersigned **RECOMMENDS** that the Court: (1) **GRANT** Plaintiff's motion (doc. 10); (2) **TERMINATE** all other pending motions (docs. 6, 9) as moot; (3) **DISMISS** Plaintiff's complaint (doc. 2) **WITHOUT PREJUDICE**; and (4) **TERMINATE** this case on the Court's docket.


Date:  June 18, 2015                                   *s/ Michael J. Newman*
                                                            Michael J. Newman
                                                            United States Magistrate Judge

---

[1] Attached hereto is a NOTICE to the parties regarding objections to this Report and Recommendation.

## NOTICE REGARDING OBJECTIONS

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within **FOURTEEN** days after being served with this Report and Recommendation.  Pursuant to Fed. R. Civ. P. 6(d), this period is extended to **SEVENTEEN** days because this Report and Recommendation is being served by one of the methods of service listed in Fed. R. Civ. P. 5(b)(2)(C), (D), (E), or (F), and may be extended further by the Court on timely motion for an extension.  Such objections shall specify the portions of the Report and Recommendation objected to, and shall be accompanied by a memorandum of law in support of the objections.  If the Report and Recommendation is based in whole or in part upon matters occurring of record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs.  A party may respond to another party's objections within **FOURTEEN** days after being served with a copy thereof.  As is made clear above, this period is likewise extended to **SEVENTEEN** days if service of the objections is made pursuant to Fed. R. Civ. P. 5(b)(2)(C), (D), (E), or (F).  Failure to make objections in accordance with this procedure may forfeit rights on appeal.  *See Thomas v. Arn,* 474 U.S. 140, 153-55 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).