UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JAMES KEVIN DONALDSON,

    Plaintiff,

vs.

                        Case No. 3:15-cv-104

MONTGOMERY COUNTY, *et al.*,

                        District Judge Walter H. Rice
                        Magistrate Judge Michael J. Newman

    Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation of Magistrate Judge Michael J. Newman (Doc. 12), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation filed on June 18, 2015 (Doc. 12) is **ADOPTED** in full;

2. Plaintiff's unopposed motion for voluntary dismissal (Doc. 10) is **GRANTED**;

3. All other pending motions (Docs. 6, 9) are **TERMINATED** as moot;

4. Plaintiff's complaint (Doc. 2) is **DISMISSED WITHOUT PREJUDICE**; and

5. This case is terminated on the Court's docket.

Date: 7-7-15

                                              Walter H. Rice
                                              United States District Judge